1  Susan St. Vincent
2  Legal Officer
   NATIONAL PARK SERVICE
3  Legal Office
   P.O. Box 517
4  Yosemite, California  95389
   Telephone:  (209) 372-0241
5

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Docket Number:  6:18-mj-0051-JDP |
|---|---|
| Plaintiff, | |
| | **MOTION TO VACATE REVIEW HEARING; AND ORDER THEREON** |
| KRISTOPHER WILLIAM KEEZER, | |
| Defendant. | |

The United States, by and through its representative, Susan St. Vincent hereby moves the Court for an Order to Vacate the review hearing currently scheduled in this matter for April21, 2020. The Defendant is in agreement with this request. To date, Defendant has complied with all the terms of unsupervised probation as ordered by this Court on April 16, 2019. A final review hearing is scheduled for March 23, 2021.

.

Dated:  April 15, 2020              /S/ Susan St. Vincent
                                    Susan St. Vincent
                                    Legal Officer
                                    Yosemite National Park

1

**ORDER**

Upon application of the United States, good cause having been shown therefor, it is hereby ordered that the review hearing scheduled for April 21, 2020 in the above-referenced matter, *United States v. Keezer*, 6:18-mj-0051-JDP, be vacated. A final review hearing is scheduled for March 23, 2021.

IT IS SO ORDERED.

Dated:   April 15, 2020                                                       ⁄s⁄ Jeremy Peterson
                                                                                    UNITED STATES MAGISTRATE JUDGE

2