Case 6:18-mj-00051-HBK   Document 23   Filed 05/12/21   Page 1 of 2

AO 245D-CAED (Rev. 09/2019) Sheet 1 - Judgment in a Criminal Case for Revocation

# UNITED STATES DISTRICT COURT
## Eastern District of California

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| **KRISTOPHER WILLIAM KEEZER** | Criminal Number: **6:18MJ00051-001** |
| | Defendant's Attorney: Benjamin Gerson, Assistant Federal Defender |

**THE DEFENDANT:**

[✓]  admitted guilt to violation of charges  one, two, and three  as alleged in the violation of probation filed on  3/5/2021 .

[ ]  was found in violation of condition(s) of supervision as to charge(s) ___ after denial of guilt, as alleged in the violation petition filed on ___.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Date Violation Ended |
|---|---|---|
| CHARGE ONE | FAILURE TO OBEY ALL LAWS | 9/01/2021 |
| CHARGE TWO | FAILURE TO ADVISE COURT OF NEW VIOLATIONS | 9/01/2021 |
| CHARGE THREE | FAILURE TO NOT CONSUME ALCOHOL | 9/01/2021 |

The court:   [✓] revokes:   [ ] modifies:   [ ] continues under same conditions of supervision heretofore ordered on  4/16/2019 .

The defendant is sentenced as provided in pages 2 through ___ of this judgment. The resentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  Charge(s) ___ is/are dismissed.

It is ordered that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

5/5/2021
Date of Imposition of Sentence

*/s/ Helena M. Barch-Kuchta*

Signature of Judicial Officer
**Helena M. Barch-Kuchta**, United States Magistrate Judge
Name & Title of Judicial Officer

5/12/2021
Date

AO 245B-CAED (Rev. 09/2019) Sheet 4 - Misdemeanor Probation

DEFENDANT: **KRISTOPHER WILLIAM KEEZER**  
CASE NUMBER: **6:18MJ00051-001**

Page 2 of 2

## PROBATION

The defendant is hereby sentenced to unsupervised probation for a term of: 12 months to be completed 5/5/2022 .

If this judgment imposes a fine, special assessment, processing fee or restitution, it is a condition of probation that defendant pay in accordance with the Schedule of Payments sheet of this judgment.

While on probation, the defendant shall be subject to and must comply with the following conditions of probation:

## CONDITIONS OF PROBATION

1. The defendant's probation shall be unsupervised by the probation office.
2. The defendant is ordered to obey all federal, state, and local laws.
3. The defendant shall notify the court and the government officer within seven days of any change in the defendant's address. If represented, the defendant shall provide such notice through counsel.
4. The defendant shall personally appear for two probation Review Hearings on **October 5, 2021** and **April 12, 2022** at 10:00 a.m. before U.S. Magistrate Judge Barch-Kuchta.
5. Two weeks before each Review Hearing defendant shall complete and submit the "Defendant's Probation Review Status Report" located on the undersigned's chamber's page. If defendant is in full compliance with the terms of probation and the government agrees, defendant may move to vacate the Review Hearing. Prior to the final Review Hearing, if defendant is in compliance and the government agrees, defendant may move to vacate the final Review Hearing and terminate probation.
6. The defendant shall not refuse to or fail to complete a chemical test to determine blood alcohol content, if requested by a Law Enforcement Officer.
7. The defendant shall report to a US Marshals Office or the Yosemite Jail in Yosemite National Park for post plea booking and processing within 30 days of release from state custody.
8. The defendant shall abstain from the use or possession of alcohol and not frequent establishments where the primary business is sale of alcohol.
9. The defendant shall not operate a motor vehicle with any detectable amount of alcohol in defendant's system.